UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

CARLENE GRAHAM                                                                                PLAINTIFF

V.                                                           CIVIL ACTION NO. 4:07CV164 DPJ-JCS

METROPOLITAN LIFE INSURANCE COMPANY                                      DEFENDANT

## JUDGMENT

For the reasons given in the Court's Memorandum Order and Opinion, Defendant Metropolitan Life Insurance Co.'s motion for summary judgment is granted.

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice.

**SO ORDERED AND ADJUDGED** this the 8th day of January, 2009.

                                        s/ *Daniel P. Jordan III*
                                        UNITED STATES DISTRICT JUDGE